Mr. Robert M. March, Clerk
United States District Court
District of New Mexico

Answer to summons in civil action
Case #CIV 03 0051 DJS/LFG

March 4, 2003

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

03 MAR -6 PM 1:26

*[signature]*
CLERK-ALBUQUERQUE

MLK

Dear Sir:

On or about the 24 of February, my friend James Gordy received the above named summons in my name as he was at my home at the time. I had been awaiting this summons for quite some time due to the fact that I had received several telephone calls from an agent of Direct TV several months before.

This gentleman explained to me in detail that they had raided the offices of some electronic distribution company and found records with my name as a purchaser of a device known as the Vector programmer dating back to December 2000.

I told this gentleman that I was a subscriber to Direct TV and had been so since 1998 and have paid my bill through a direct payment from my bank and have never had any problem whatsoever with Direct TV, bit I did tell him that my son who considers himself a computer whiz, came to me one day and asked me if I would purchase this Vector device for him. He wanted to try to figure it out. Unfortunately, my son was either not proficient enough or the device didn't work. One way or the other, this device was never used, and like most things I buy for my son, it ended up gathering dust in the closet.

Direct TV's agent told me he didn't care whether I used it or not, and he would settle with me if I did two things. The first was to pay a settlement of $10,000. The second was to send him the Vector programmer.

I told I'm I would be very happy to send him the programmer, but I would not pay him $10,000 to settle on something I had not done. I repeat I have had and paid for and still have and pay for Direct TV satellite service. I do not believe that I have to be singled out and sued because Direct TV **THINKS** that I improperly used or stole anything from them.

Thank you,

*[signature]*

Jess Sanchez

10