# FROM THE DESK OF
# JESS SANCHEZ

FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

**To: United States District Court**
**For the District of New Mexico**

SEP - 1 2004

**Civil. No. 03-51 JB/LFG**
**8/30/2004**

CLERK

I received an order to show cause on the 20 of this Month, wherein plaintiff advises the court that I (Jess Sanchez) has been non-responsive and has failed to communicate with them.

I wish that it be entered into the records that I have not only been responsive but have sent ALL documents that have been requested by the court and DirecTV Inc. many months ago. (See attached) I have been as cooperative as possible with DirecTV and their attorneys whom I have had numerous disagreements because of there methods of doing business and especially with Attorney Valerie V. Vigil who is the one who has on occasion communicated with me.

For them to say I have been unresponsive is just one more attack on me and I feel that it is uncalled for and unnecessary as I do not in any way feel that I have damaged DirecTV in any way shape of form. (See attached documents)

Thank You

Jess Sanchez