IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIRECTV, INC.,

      Plaintiff,

v.                                                            NO. CIV-03-0051 JB/LFG

JESS SANCHEZ,

      Defendant.

## MOTION FOR DISMISSAL OF ALL CLAIMS
## REGARDING DEFENDANT JESS SANCHEZ

Plaintiff DIRECTV, Inc. ("DIRECTV"), and Defendant Jess Sanchez ("Sanchez") move the Court for entry of an Order dismissing with prejudice all claims, including but not limited to all counterclaims and cross-claims, that DIRECTV or Defendant Sanchez asserted or could have asserted in any manner related to or arising from the events described in the Complaint. As grounds therefore, DIRECTV state that the parties have reached a mutually satisfactory resolution of the claims in this case. DIRECTV has requested Defendant Sanchez concurrence in this Motion but has not received a response.

                                        GREER, HERZ & ADAMS, L.L.P.

                                        By _____
                                        Freddie Black
                                        One Moody Plaza, 18th Floor
                                        Galveston, TX 77550
                                        (409) 797-3200

                                        and

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.
William C. Scott
Stan N. Harris
Joan E. Drake
Anna E. Tuttle
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800
**ATTORNEYS FOR PLAINTIFF DIRECTV**

WE HEREBY CERTIFY that a true and correct copy of the foregoing pleading was mailed to:

Jess Sanchez
426 Poinsettia Place, SE
Albuquerque, NM 87123-3916

this  13  day of April, 2005.

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.

By _____
William C. Scott

*K:\dox\client\79499\117\W0474107.DOC*